# EXHIBIT A

# EXHIBIT A



**VALEANT**
Pharmaceuticals North America LLC

Valeant Pharmaceuticals North America, LLC
400 Somerset Corporate Blvd.
Bridgewater, NJ 08807
(908) 927 1400
www.Valeant.com

**VIA FEDERAL EXPRESS**
Mr. Russell Reitz
Manager of California Pharmacy Operations
 and PIC /Store Manager
R&O Pharmacy, LLC
651 Via Alondra, Suite 708
Camarillo, CA 93012

Dear Mr. Reitz:

It has come to our attention that R&O Pharmacy, LLC ("R&O") has outstanding invoices to Valeant Pharmaceuticals ("Valeant"), as of August 31, 2015, reflecting gross invoiced amounts due of $69,861,343.08.

Valeant is contacting you so that you may take the requisite steps to ensure immediate payment and avoid further damage to Valeant and other parties.

Valeant reserves the right to take any and all actions to ensure that it is paid amounts due to it in a timely fashion, and to seek any and all damages, including without limitation, for past and future lost profits as well as costs and expenses (including attorneys' fees) incurred related to this matter. This also includes, without limitation, taking any and all actions against R&O and any relevant individuals for not meeting contractual commitments.

Sincerely,

Robert Chai-Onn
Executive Vice President, Chief Legal Officer and General Counsel