**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Gary Jay Kaufman, Esq. (SBN 92759); Colin Hardacre, Esq. (SBN 250915)<br>THE KAUFMAN LAW GROUP<br>1901 Avenue of the Stars, Suite 1010<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-286-2202    FAX NO. *(Optional):* 310-712-0023<br>E-MAIL ADDRESS *(Optional):* gary@kaufmanlawgroupla.com<br>ATTORNEY FOR *(Name):* Plaintiff R&O PHARMACY, LLC | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: 312 North Spring Street |
| MAILING ADDRESS: Same as above |
| CITY AND ZIP CODE: Los Angeles 90012 |
| BRANCH NAME: U.S. District Court, Central District - Western Division |

| PLAINTIFF/PETITIONER: R&O PHARMACY, LLC | CASE NUMBER:<br>2:15-cv-07846-SJO-JEMx |
|---|---|
| DEFENDANT/RESPONDENT: VALEANT PHARMACEUTICALS N.A. LLC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice of Appearance of Counsel
3. a. Party served *(specify name of party as shown on documents served):*
   VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Amy McLaren, the Corporation Trust Company (authorized agent for service of process)

4. Address where the party was served:
   Corporation Trust Center, Wilmington, DE 19801
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10/8/15   (2) at *(time):* 11:10 a.m.
   b. ☐ **by substituted service.** On *(date):*     at *(time):*     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*     from *(city):*     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: R&O PHARMACY, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VALEANT PHARMACEUTICALS N.A. LLC | 2:15-cv-07846-SJO-JEMx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: Kevin S. Dunn, Brandywine Process Servers, Ltd.
   b. Address: PO Box 1360, Wilmington, DE 19899
   c. Telephone number: 800-952-2288
   d. The fee for service was: $ 69.00
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/8/15

Kevin S. Dunn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ▶ *[signature]*  (SIGNATURE)