1  Michael H. Steinberg (SBN 134179)
   steinbergm@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
4  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
5  Fax:  (310) 712-8800

6  *Attorneys for Defendant*
   *Valeant Pharmaceuticals North America, LLC*
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

11 R&O PHARMACY, LLC, a            )  Case No. 2:15-cv-07846-SJO(JEMx)
   California limited liability   )
12 company,                        )  **DEFENDANT VALEANT**
                                   )  **PHARMACEUTICALS NORTH**
13            Plaintiff,           )  **AMERICA LLC'S**
                                   )  **CERTIFICATION AND NOTICE**
14       v.                        )  **OF INTERESTED PARTIES**
                                   )
15 VALEANT                         )
   PHARMACEUTICALS NORTH           )
16 AMERICA, LLC, a Delaware        )
   limited liability company,     )
17                                 )
              Defendant.           )
18                                 )
                                   )
19                                 )
                                   )
20 ─────────────────────────────

21

22

23

24

25

26

27

28

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1 and Loc. R. 7.1-1, the following certification is being made:

The undersigned, counsel for Defendant Valeant Pharmaceuticals North America LLC ("Valeant"), certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1) Valeant Pharmaceuticals International, Inc.;

2) Valeant Pharmaceuticals International; and

3) Valeant Pharmaceuticals North America LLC.

Valeant Pharmaceuticals North America LLC is a single member LLC, with Valeant Pharmaceuticals International as its single member. Valeant Pharmaceuticals International is a wholly-owned subsidiary of Biovail Americas Corp. Biovail Americas Corp. is a wholly-owned subsidiary of V-BAC Holdings Corp. V-BAC Holdings Corp. is a wholly-owned subsidiary of Valeant Canada LP. Valeant Canada LP is a subsidiary of Valeant Pharmaceuticals International, Inc., which, directly or indirectly, owns all of the interests in such entity. Valeant Pharmaceuticals International, Inc. is a publicly-traded company. To the best of Defendant's knowledge, no publicly-traded corporation owns more than 10% of the stock of Valeant Pharmaceuticals International, Inc.

Dated: October 29, 2015

Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Attorneys for Defendant
*Valeant Pharmaceuticals North America LLC*

-1-