# Exhibit E



**VALEANT**
Pharmaceuticals North America

Send all Correspondence to: (excluding payments)
VPNA LLC
400 Somerset Corporate Boulevard
Bridgewater NJ 08807
Seller #: 26-1244

INVOICE #: 3000405022
DATE: 04/20/2015
TERMS: Due in 30 Days
INVOICE DUE DATE: 05/20/2015
BILL TO CUST: 99999156
SHIP TO CUST: 99156002
PAGE: 1 OF 3

DIVISION: PHMUS:076    Ship To State: CA
DUNS #: 07-909-8564    State Lic. #: OSD 5259
                       Exp Dt: 12/01/2015

BILL TO: 99999156          *B-01-LBI-WM-00181

R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

SHIP TO / RECIPIENT: 99156002

R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

Ship To License #:                                                Exp dt: 0

| Order # | Customer PO Number | Shipped From | Order Date | Ship Date |
|---|---|---|---|---|
| 000210492 | 31019 | PHMDC | 04/16/2015 | 04/20/2015 |
| | | Shipped Via | | |
| | | COLDCHAIN | | |

| Product Number | Product Description | QTY Ordered | QTY Shipped | QTY B/O | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 313548132509 | ACANYA PRE-MIX PUMP 50G<br>NDC: 1354813250<br>Lot No. 31919F1   Exp Dt. 05/31/2016   Qty: 144 | 144.00 | 144.00 | 0.00 | EA | 407.3300 | 58,655.52 |
| 399207260127 | ALDARA 5.0 CREAM SACHETS 12CT<br>NDC: 9920726012<br>Lot No. PK018A   Exp Dt. 11/30/2017   Qty: 24 | 24.00 | 24.00 | 0.00 | EA | 799.2300 | 19,181.52 |
| 313548070450 | ATRALIN GEL .05% 45G<br>NDC: 1354807045<br>Lot No. GKBA    Exp Dt. 08/31/2017   Qty: 192 | 192.00 | 192.00 | 0.00 | EA | 401.7200 | 77,130.24 |
| 301873204473 | EFUDEX CRM 5% 40G 1 TUAC ROCHE<br>NDC: 0187320447<br>Lot No. 8071026   Exp Dt. 04/30/2017   Qty: 24 | 24.00 | 24.00 | 0.00 | EA | 334.0000 | 8,016.00 |
| 301875101022 | ELIDEL CREAM 1% 60G<br>NDC: 0187510102<br>Lot No. 8077664   Exp Dt. 01/31/2017   Qty: 48 | 48.00 | 48.00 | 0.00 | EA | 474.9200 | 22,796.16 |
| 301875102036 | ELIDEL CREAM 1% 100G<br>NDC: 0187510203<br>Lot No. 8077646   Exp Dt. 02/28/2017   Qty: 42 | 42.00 | 42.00 | 0.00 | EA | 791.5200 | 33,243.84 |
| 399207010104 | LOPROX SHAMPOO 1% 120ML<br>NDC: 9920701010<br>Lot No. 90943    Exp Dt. 10/31/2016   Qty: 48 | 48.00 | 48.00 | 0.00 | EA | 588.0000 | 28,224.00 |
| 399207850601 | LUZU(Luliconazole)60g Crm 1%<br>NDC: 9920785060<br>Lot No. GKAU    Exp Dt. 02/28/2017   Qty: 72 | 72.00 | 72.00 | 0.00 | EA | 414.2000 | 29,822.40 |
| 301875202606 | NORITATE 60G RX_US<br>NDC: 0187520260<br>Lot No. 8078670   Exp Dt. 01/31/2017   Qty: 48 | 48.00 | 48.00 | 0.00 | EA | 946.4000 | 45,427.20 |
| 301873050506 | Onexton 3.75 Trade 50g Pump<br>NDC: 0187305050<br>Lot No. 32298F1   Exp Dt. 08/31/2016   Qty: 264 | 264.00 | 264.00 | 0.00 | EA | 407.3300 | 107,535.12 |

**SEND PAYMENTS TO:**
VPNA LLC
PO BOX 841412
DALLAS TX 75284-1412

THANK YOU FOR YOUR ORDER
RX Customer Service: 1-(800)-321-4576
Solta Customer Service: 1-(877)-782-2286
SHIPPED FROM:
Kenco VPI
350 Corporate Place
Chattanooga, TN 37419

Sub Total:      1,633,432.56
Freight:             0.00
Tax:                 0.00
Total Amount Due:  1,633,432.56 USD

This Order Has Been Processed by: JACQUELYN NASCIMENTO #: 0253

Exhibit E, Page 34



**VALEANT**
Pharmaceuticals North America

Send all Correspondence to: (excluding payments)
VPNA LLC
400 Somerset Corporate Boulevard
Bridgewater NJ 08807
Seller #: 26-1244

INVOICE #: 3000405022
DATE: 04/20/2015
TERMS: Due in 30 Days
INVOICE DUE DATE: 05/20/2015
BILL TO CUST: 99999156
SHIP TO CUST: 99156002
PAGE: 2 OF 3

DIVISION: PHMUS:076
DUNS #: 07-909-8564
Ship To State: CA
State Lic. #: OSD 5259
Exp Dt: 12/01/2015

BILL TO: 99999156

R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

B-01-LBI-WM-00181



SHIP TO / RECIPIENT: 99156002

R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

Ship To License #:                                      Exp dt: 0

| Order # | Customer PO Number | Shipped From | Order Date | Ship Date |
|---|---|---|---|---|
| 000210492 | 31019 | PHMDC | 04/16/2015 | 04/20/2015 |
|  |  | **Shipped Via** |  |  |
|  |  | COLDCHAIN |  |  |

| Product Number | Product Description | QTY Ordered | QTY Shipped | QTY B/O | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 301875144500 | RETIN A MICRO 0.04% AIRLESS PU<br>NDC: 0187514450<br>Lot No. 15AM239   Exp Dt. 01/31/2017   Qty: 168 | 168.00 | 168.00 | 0.00 | EA | 763.9600 | 128,345.28 |
| 300620190113 | RETIN-A-MICRO 0.1% AIRLESSPUMP<br>NDC: 0062019011<br>Lot No. 15AM236   Exp Dt. 12/31/2016   Qty: 24 | 24.00 | 24.00 | 0.00 | EA | 763.9600 | 18,335.04 |
| 399207467304 | SOLODYN 105MG TABLET 30CT<br>NDC: 9920746730<br>Lot No. B145119   Exp Dt. 10/31/2017   Qty: 84 | 84.00 | 84.00 | 0.00 | EA | 1,040.4100 | 87,394.44 |
| 399207464303 | SOLODYN 115MG TABLET 30CT<br>NDC: 9920746430<br>Lot No. 4F4001   Exp Dt. 05/31/2017   Qty: 72 | 72.00 | 72.00 | 0.00 | EA | 1,040.4100 | 74,909.52 |
| 399207465300 | SOLODYN 55MG TABLET 30CT<br>NDC: 9920746530<br>Lot No. 4J4189   Exp Dt. 07/31/2017   Qty: 108 | 108.00 | 108.00 | 0.00 | EA | 1,040.4100 | 112,364.28 |
| 399207463306 | SOLODYN 65MG TABLET 30CT<br>NDC: 9920746330<br>Lot No. 4F4076   Exp Dt. 05/31/2017   Qty: 180 | 180.00 | 180.00 | 0.00 | EA | 1,040.4100 | 187,273.80 |
| 399207466307 | SOLODYN 80MG TABLET 30CT<br>NDC: 9920746630<br>Lot No. 4F4011   Exp Dt. 05/31/2017   Qty: 240 | 240.00 | 240.00 | 0.00 | EA | 1,040.4100 | 249,698.40 |
| 399207525103 | VANOS CREAM 0.1% 120G<br>NDC: 9920752510<br>Lot No. 92046   Exp Dt. 01/31/2017   Qty: 30 | 30.00 | 30.00 | 0.00 | EA | 3,117.5600 | 93,526.80 |
| 399207300601 | ZIANA GEL 60G<br>NDC: 9920730060<br>Lot No. GLBP   Exp Dt. 09/30/2016   Qty: 180 | 180.00 | 180.00 | 0.00 | EA | 706.1300 | 127,103.40 |
| 399207270287 | ZYCLARA CREAM 3.75 SACHETS 28C<br>NDC: 9920727028 | 12.00 | 12.00 | 0.00 | EA | 1,037.0800 | 12,444.96 |

**SEND PAYMENTS TO:**
VPNA LLC
PO BOX 841412
DALLAS TX 75284-1412

**THANK YOU FOR YOUR ORDER**
RX Customer Service: 1-(800)-321-4576
Solta Customer Service: 1-(877)-782-2286
SHIPPED FROM:
Kenco VPI
350 Corporate Place
Chattanooga, TN 37419

Sub Total: 1,633,432.56
Freight: 0.00
Tax: 0.00
Total Amount Due: **1,633,432.56 USD**

This Order Has Been Processed by: JACQUELYN NASCIMENTO # 0253

Exhibit E, Page 35

Case 2:15-cv-07846-SJO-JEM   Document 16-5   Filed 10/29/15   Page 4 of 4   Page ID #:108



**VALEANT**
Pharmaceuticals North America

Send all Correspondence to: (excluding payments)
VPNA LLC
400 Somerset Corporate Boulevard
Bridgewater NJ 08807
Seller #: 26-1244

INVOICE #: 3000405022
DATE: 04/20/2015
TERMS: Due in 30 Days
INVOICE DUE DATE: 05/20/2015
BILL TO CUST: 99999156
SHIP TO CUST: 99156002
PAGE: 3 OF 3

DIVISION: PHMUS:076
DUNS #: 07-909-8564
Ship To State: CA
State Lic. #: OSD 5259
Exp Dt: 12/01/2015

BILL TO: 99999156
R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

B-01-IBI-WM-00181

SHIP TO / RECIPIENT: 99156002
R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo CA 93012

Ship To License #:                                   Exp dt: 0

| Order # | Customer PO Number | Shipped From | Order Date | Ship Date |
|---|---|---|---|---|
| 000210492 | 31019 | PHMDC | 04/16/2015 | 04/20/2015 |
|  |  | **Shipped Via** |  |  |
|  |  | COLDCHAIN |  |  |

| Product Number | Product Description | QTY Ordered | QTY Shipped | QTY B/O | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
|  | Lot No. OK009B    Exp Dt. 11/30/2016    Qty: 12 |  |  |  |  |  |  |
| 399207271758 | ZYCLARA 3.75 PUMP 7.5G<br>NDC: 9920727175 | 108.00 | 108.00 | 0.00 | EA | 1,037.0800 | 112,004.64 |
|  | Lot No. 1789500   Exp Dt. 01/31/2017    Qty: 108 |  |  |  |  |  |  |

Pick Batch Summary: 70205371
70205387

| SEND PAYMENTS TO: | THANK YOU FOR YOUR ORDER | | |
|---|---|---|---|
| VPNA LLC<br>PO BOX 841412<br>DALLAS TX 75284-1412 | RX Customer Service: 1-(800)-321-4576<br>Solta Customer Service: 1-(877)-782-2286<br>SHIPPED FROM:<br>Kenco VPI<br>350 Corporate Place<br>Chattanooga, TN 37419 | Sub Total:<br>Freight:<br>Tax:<br>Total Amount Due: | 1,633,432.56<br>0.00<br>0.00<br>1,633,432.56 USD |

This Order Has Been Processed by: JACQUELYN NASSHMENT #: 0253

Exhibit E, Page 36