# Exhibit F

Inv# 3000405022

| OLD DOMINION FREIGHT LINE, INC. (ODFL) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 PO BOX 198475. - ATLANTA. GA 30384-8475 USA (336) 889-5000 | | | | | | | | | |
| DEST TRM | ORIG TRM | SHIPPER B/L NUMBER | | PURCHASE ORD NO | TYPE | COPY | | | |
| OXR | CHA | VI10112115 | | NS | | | 04/24/15 | | |
| O CAR CD | O CAR REV | ODFL REV | O CAR W/B NO | BILL TO CD | | TRL NO | W/B DATE | WAYBILL NUMBER | |
| | | | | | | 483555 | 04/20/15 | 80002667774 | |

Shipper:
R AND O PHARMACY LLC
651 VIA ALONDRA STE 708
CAMARILLO CA 93012

Consignee:
KENCO VPI
350 CORPORATE PL DR
CHATTANOOGA TN 37419

PAGE NO: 1 of 3
SECT 1 SHMT 1
P/C: P
B/C: AMG

WAYBILL NUMBER: 80002667774

| PCS | HM | DESCRIPTION | WEIGHT | AS WEIGHT | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|
| 2 | | GTD DELY 04 23 15 BTWN 0800 - 1700<br>HANDLING UNITS: 2 OF TYPE BOX<br>SPEED SERVICE--ON DEMAND OD 661<br>Reference# 38304442<br>SPECIAL PROJECT ROLLOUT<br>PHARMA CL 70<br>FRT CHGS AUTH BY - ALAN WILKINSON<br>@ VALEANT PHARMACEUTICALS INTL<br>C/O KENCO LOGISTICS SERVICE | | | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
BY: Yes, Shrink Wrap Intact
R Pe-2
COMPANY: RUSSELL
DATE: 04/23/2015

EXCEPTIONS:
[ ] Inside Delivery
[ ] Residential Delivery
[X] Lift Gate
[ ] Other:
[ ] Sort & Seg
[ ] Pieces:
[X] Shrink Wrap Intact Unless Otherwise Noted

CONTD.

Exhibit F, Page 37