# Exhibit G





Seller:

**Packing List**

400 SOMERSET CORPORATE BLVD
BRIDGEWATER, NJ 08807

**Point of Origin/Shipper:**

Kenco - VPI 01
353 Corporate Place
CHATTANOOGA, TN 37419

**Ship To:**

R&O Pharmacy LLC
651 Via Alondra - Suite 708
Camarillo, CA 93012

**Sold To:**

Philidor Rx Services LLC
330 S Warminster Road – Suite 350
Hatboro, PA 19040

Order Number: 000210492000170205371

Customer PO Number: 31019
Customer PO Date: 04/17/2015
Expected Ship Date: 04/17/2015

Pallet Quantity: 1
Case Quantity: 34
Partial Case Quantity: 0
Document Number: BL70205371

**License Number:**

CA Nonresident Wholesaler # OSD 5259
TN Wholesale/Distributor with Controlled Substances # 2131

**Notes:**
DO NOT FREEZE.

| Order Line | Ordered | Item Number | Lot Number | Expiration Date | Shipped | Units Per Case | Cases | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 0001 | 144 | 1354813250 | 31919F1 | 31-May-2016 | 144 | 12 | 12 | 36.0 LB |
| Description of Goods: | ACANYA PRE-MIX PUMP 50G | | | | | | | |
| Subtotal: | 144 | | | | 144 | | | 36.0 |
| 0002 | 264 | 0187305050 | 32298F1 | 31-Aug-2016 | 264 | 12 | 22 | 63.8 LB |
| Description of Goods: | Onexton 3.75 Trade 50g Pump | | | | | | | |
| Subtotal: | 264 | | | | 264 | | | 63.8 |
| | | | | Units Shipped: | 408 | | Weight: | 99.8 LB |

This transaction statement refers to the order number 000210492000170205371 that was dispatched from our premises on Oct 28, 2015. The product(s) on the referred order are manufactured entirely by Valeant Pharmaceuticals North America, LLC. This shipment does not contain suspect or illegitimate product and Valeant Pharmaceuticals North America, LLC neither knowingly provided false transaction information nor tried to alter the transaction history. The supply chain security system utilized by Valeant Pharmaceuticals North America, LLC complies with the Drug Quality and Security Act (DQSA).

Exhibit G, Page 38



Seller:



**Packing List**

400 SOMERSET CORPORATE BLVD
BRIDGEWATER, NJ 08807

| Point of Origin/Shipper: |
|---|
| Kenco - VPI 01<br>353 Corporate Place<br>CHATTANOOGA, TN 37419 |

Order Number: 000210492000170205387

Customer PO Number: 31019
Customer PO Date: 04/17/2015
Expected Ship Date: 04/17/2015

| Ship To: |
|---|
| R&O Pharmacy LLC<br>651 Via Alondra - Suite 708<br>Camarillo, CA 93012 |

Pallet Quantity: 1
Case Quantity: 126
Partial Case Quantity: 1
Document Number: BL70205387

| Sold To: |
|---|
| Philidor Rx Services LLC<br>330 S Warminster Road – Suite 350<br>Hatboro, PA 19040 |

| License Number: |
|---|
| CA Nonresident Wholesaler # OSD 5259<br>TN Wholesale/Distributor with Controlled Substances # 2131 |

**Notes:**
DO NOT FREEZE.

| Order Line | Ordered | Item Number | Lot Number | Expiration Date | Shipped | Units Per Case | Cases | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 0001 | 24 | 9920726012 | PK018A | 30-Nov-2017 | 24 | 24 | 1 | 1.5 LB |
| Description of Goods: ALDARA 5.0 CREAM SACHETS 12CT | | | | | | | | |
| Subtotal: | 24 | | | | 24 | | | 1.5 |
| 0002 | 192 | 1354807045 | GKBA | 31-Aug-2017 | 192 | 12 | 16 | 32.0 LB |
| Description of Goods: ATRALIN GEL .05% 45G | | | | | | | | |
| Subtotal: | 192 | | | | 192 | | | 32.0 |
| H  0003 | 24 | 0187320447 | 8071026 | 30-Apr-2017 | 24 | 24 | 1 | 3.3 LB |
| Description of Goods: EFUDEX CRM 5% 40G 1 TUAC ROCHE | | | | | | | | |
| Subtotal: | 24 | | | | 24 | | | 3.3 |
| 0004 | 48 | 0187510102 | 8077664 | 31-Jan-2017 | 48 | 48 | 1 | 9.9 LB |
| Description of Goods: ELIDEL CREAM 1% 60G | | | | | | | | |
| Subtotal: | 48 | | | | 48 | | | 9.9 |

Printed:   10/28/2015 11:35 AM         000210492000170205387         Page   1   of   3

Exhibit G, Page 39

| Order Line | Ordered | Item Number | Lot Number | Expiration Date | Shipped | Units Per Case | Cases | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 0005 | 42 | 0187510203 | 8077646 | 28-Feb-2017 | 42 | 42 | 1 | 13.1 LB |
| Description of Goods: | | ELIDEL CREAM 1% 100G | | | | | | |
| Subtotal: | 42 | | | | 42 | | | 13.1 |
| 0006 | 48 | 9920701010 | 90943 | 31-Oct-2016 | 48 | 12 | 4 | 18.4 LB |
| Description of Goods: | | LOPROX SHAMPOO 1% 120ML | | | | | | |
| Subtotal: | 48 | | | | 48 | | | 18.4 |
| 0007 | 72 | 9920785060 | GKAU | 28-Feb-2017 | 72 | 12 | 6 | 14.7 LB |
| Description of Goods: | | LUZU(Luliconazole)60g Crm 1% | | | | | | |
| Subtotal: | 72 | | | | 72 | | | 14.7 |
| 0008 | 48 | 0187520260 | 8078670 | 31-Jan-2017 | 48 | 24 | 2 | 9.2 LB |
| Description of Goods: | | NORITATE 60G RX_US | | | | | | |
| Subtotal: | 48 | | | | 48 | | | 9.2 |
| 0009 | 168 | 0187514450 | 15AM239 | 31-Jan-2017 | 168 | 24 | 7 | 40.6 LB |
| Description of Goods: | | RETIN A MICRO 0.04% AIRLESS PU | | | | | | |
| Subtotal: | 168 | | | | 168 | | | 40.6 |
| 0010 | 24 | 0062019011 | 15AM236 | 31-Dec-2016 | 24 | 24 | 1 | 5.8 LB |
| Description of Goods: | | RETIN-A-MICRO 0.1% AIRLESSPUMP | | | | | | |
| Subtotal: | 24 | | | | 24 | | | 5.8 |
| 0011 | 84 | 9920746730 | B145119 | 31-Oct-2017 | 84 | 12 | 7 | 7.7 LB |
| Description of Goods: | | SOLODYN 105MG TABLET 30CT | | | | | | |
| Subtotal: | 84 | | | | 84 | | | 7.7 |
| 0012 | 72 | 9920746430 | 4F4001 | 31-May-2017 | 72 | 12 | 6 | 6.6 LB |
| Description of Goods: | | SOLODYN 115MG TABLET 30CT | | | | | | |
| Subtotal: | 72 | | | | 72 | | | 6.6 |
| 0013 | 108 | 9920746530 | 4J4189 | 31-Jul-2017 | 108 | 12 | 9 | 9.9 LB |
| Description of Goods: | | SOLODYN 55MG TABLET 30CT | | | | | | |
| Subtotal: | 108 | | | | 108 | | | 9.9 |
| 0014 | 180 | 9920746330 | 4F4076 | 31-May-2017 | 180 | 12 | 15 | 16.5 LB |
| Description of Goods: | | SOLODYN 65MG TABLET 30CT | | | | | | |
| Subtotal: | 180 | | | | 180 | | | 16.5 |
| 0015 | 240 | 9920746630 | 4F4011 | 31-May-2017 | 240 | 12 | 20 | 22.0 LB |
| Description of Goods: | | SOLODYN 80MG TABLET 30CT | | | | | | |
| Subtotal: | 240 | | | | 240 | | | 22.0 |
| 0016 | 30 | 9920752510 | 92046 | 31-Jan-2017 | 30 | 6 | 5 | 11.5 LB |
| Description of Goods: | | VANOS CREAM 0.1% 120G | | | | | | |
| Subtotal: | 30 | | | | 30 | | | 11.5 |
| 0017 | 180 | 9920730060 | GLBP | 30-Sep-2016 | 180 | 12 | 15 | 37.5 LB |
| Description of Goods: | | ZIANA GEL 60G | | | | | | |
| Subtotal: | 180 | | | | 180 | | | 37.5 |

| Order Line | Ordered | Item Number | Lot Number | Expiration Date | Shipped | Units Per Case | Cases | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 0018 | 12 | 9920727028 | OK009B | 30-Nov-2016 | 12 | 24 | 1 | 2.2 LB |
| Description of Goods: | | ZYCLARA CREAM 3.75 SACHETS 28C | | | | | | |
| Subtotal: | 12 | | | | 12 | | | 2.2 |
| 0019 | 108 | 9920727175 | 1789500 | 31-Jan-2017 | 108 | 12 | 9 | 13.5 LB |
| Description of Goods: | | ZYCLARA 3.75 PUMP 7.5G | | | | | | |
| Subtotal: | 108 | | | | 108 | | | 13.5 |
| | | | | Units Shipped: | 1704 | | Weight: | 275.9 LB |

This transaction statement refers to the order number 0002104920001702205387 that was dispatched from our premises on Oct 28, 2015 . The product(s) on the referred order are manufactured entirely by Valeant Pharmaceuticals North America, LLC. This shipment does not contain suspect or illegitimate product and Valeant Pharmaceuticals North America, LLC neither knowingly provided false transaction information nor tried to alter the transaction history. The supply chain security system utilized by Valeant Pharmaceuticals North America, LLC complies with the Drug Quality and Security Act (DQSA).

Exhibit G, Page 41