# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&O PHARMACY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>    Defendant.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>    Counterclaimant,<br><br>    v.<br><br>R&O PHARMACY, LLC, a California limited liability company,<br><br>    Counterdefendant. | Case No. 2:15-cv-07846-SJO(JEMx)<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION REQUESTING CONTINUANCE OF RULE 26 SCHEDULING CONFERENCE**<br><br>Honorable S. James Otero |

SULLIVAN & CROMWELL LLP

1 | Plaintiff and Counterdefendant R&O Pharmacy, LLC and Defendant
2 | and Counterclaimaint Valeant Pharmaceuticals North America LLC filed with the
3 | Court their Joint Stipulation Requesting Continuance of Rule 26 Scheduling
4 | Conference. The Court hereby GRANTS the joint stipulation as follows:
5 | Counsel are hereby notified that a Scheduling Conference has been set
6 | for Monday, February 1, 2016 at 08:30 AM before District Judge S. James Otero in
7 | Courtroom 1, 312 North Spring Street, Los Angeles, California 90012.
8 | Counsel are directed to comply with Rule 26(f) of the Federal Rules
9 | of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or
10 | before January 18, 2016. The parties' report shall, in addition to addressing the
11 | matters specified in Rule 26(f), set forth their views regarding: (1) an appropriate
12 | last date for the completion of discovery and the hearing of motions, a date for a
13 | final pretrial conference and a trial date; (2) whether discovery should be
14 | conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of
15 | the time required for trial; (4) efforts made to settle or resolve the case to date, and
16 | the parties' views as to an appropriate plan for maximizing settlement prospects;
17 | (5) whether the case is complex or requires a reference to the procedures set forth
18 | in the Manual on Complex Litigation; (6) the likelihood of the appearance of
19 | additional parties; (7) what motions the parties are likely to make that may be
20 | dispositive or partially dispositive; (8) any unusual legal issues presented by the
21 | case; and (9) proposals regarding severance, bifurcation or other ordering of proof.
22 | IT IS SO ORDERED.
23 | Dated: November ___, 2015

THE HONORABLE S. JAMES OTERO
United States District Judge