```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                    November 24, 2015.

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY: ___VPC___ DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&O PHARMACY, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:15-cv-07846-SJO(JEMx)<br><br>**ORDER APPROVING JOINT STIPULATION REQUESTING CONTINUANCE OF RULE 26 SCHEDULING CONFERENCE**<br><br>Honorable S. James Otero |
| VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaimant,<br><br>　　　　　v.<br><br>R&O PHARMACY, LLC, a California limited liability company,<br><br>　　　　　Counterdefendant. | |

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER

1       Plaintiff and Counterdefendant R&O Pharmacy, LLC and Defendant
2 and Counterclaimaint Valeant Pharmaceuticals North America LLC filed with the
3 Court their Joint Stipulation Requesting Continuance of Rule 26 Scheduling
4 Conference. The Court hereby GRANTS the joint stipulation as follows:

5       Counsel are hereby notified that a Scheduling Conference has been set
6 for Monday, February 1, 2016 at 08:30 AM before District Judge S. James Otero in
7 Courtroom 1, 312 North Spring Street, Los Angeles, California 90012.

8       Counsel are directed to comply with Rule 26(f) of the Federal Rules
9 of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or
10 before January 18, 2016. The parties' report shall, in addition to addressing the
11 matters specified in Rule 26(f), set forth their views regarding: (1) an appropriate
12 last date for the completion of discovery and the hearing of motions, a date for a
13 final pretrial conference and a trial date; (2) whether discovery should be
14 conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of
15 the time required for trial; (4) efforts made to settle or resolve the case to date, and
16 the parties' views as to an appropriate plan for maximizing settlement prospects;
17 (5) whether the case is complex or requires a reference to the procedures set forth
18 in the Manual on Complex Litigation; (6) the likelihood of the appearance of
19 additional parties; (7) what motions the parties are likely to make that may be
20 dispositive or partially dispositive; (8) any unusual legal issues presented by the
21 case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

22 IT IS SO ORDERED.

23 Dated: November 24, 2015

                                                   *S. James Otero*
                                          THE HONORABLE S. JAMES OTERO
                                             United States District Judge