```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                         December 9, 2015.

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:      VPC      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&O PHARMACY, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>And related counterclaim. | Case No. 2:15−cv−07846−SJO−JEMx<br><br>**ORDER GRANTING R&O PHARMACY, LLC'S *EX PARTE* APPLICATION FOR A <u>ONE WEEK</u> CONTINUANCE OF THE HEARING ON VALEANT PHARMACEUTICALS NORTH AMERICA LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable S. James Otero |

1    The Court has considered Plaintiff and Counterdefendant R&O Pharmacy, LLC's
2 ("R&O") *Ex Parte* Application for an order 1) continuing the hearing on Defendant and
3 Counterclaimant Valeant Pharmaceuticals North America LLC's ("Valeant") Motion
4 for a Preliminary Injunction (Docket # 23, the "Motion") for one week, from January 4,
5 2016 to January 11, 2016; and 2) extending the due dates for R&O's opposing papers
6 and Valeant's reply papers to December 21, 2015 and December 28, 2016 respectively,
7 per Local Rule 7-11.

   For good cause appearing, the Court hereby GRANTS the application.

   The hearing on the Motion is hereby continued to January 11, 2016 at 10:00 a.m. before District Judge S. James Otero in Courtroom 1, 312 North Spring Street, Los Angeles, California 90012.  R&O's opposing papers will be due December 21, 2015 and Valeant's reply papers will be due December 28, 2016.

   _____
   _____
   _____
   _____

IT IS SO ORDERED

DATED:  December 9, 2015

*[signature: S. James Otero]*
_____
THE HONORABLE S. JAMES OTERO
United States District Judge