```
1  Michael H. Steinberg (SBN 134179)
   steinbergm@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
4  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
5  Fax:   (310) 712-8800
```

*Attorneys for Defendant and Counterclaimant*
*Valeant Pharmaceuticals North America, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&O PHARMACY, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>             Defendant.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC, a Delaware limited liability company,<br><br>             Counterclaimant,<br><br>      v.<br><br>R&O PHARMACY, LLC, a California limited liability company,<br><br>             Counterdefendant. | Case No. 2:15-cv-07846-SJO(JEMx)<br><br>**NOTICE OF WITHDRAWAL OF VALEANT PHARMACEUTICALS NORTH AMERICA LLC'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 11, 2016<br>Time:         10:00 a.m.<br>Courtroom:    Courtroom 1 |

SULLIVAN & CROMWELL LLP

VALEANT'S NOTICE OF WITHDRAWAL OF PI MOTION

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Valeant Pharmaceuticals North America LLC ("Valeant") hereby withdraws its Motion for a Preliminary Injunction, filed on December 7, 2015 (the "Motion), without prejudice.

Valeant filed the Motion to preserve the *status quo* and ensure that reimbursement checks collected by Plaintiff and Counterdefendant R&O Pharmacy, LLC ("R&O") for the sale of Valeant medications did not become invalid pending resolution of this matter. Valeant's counsel sought R&O's confirmation that the checks had been deposited in a financial institution. (Declaration of Brian R. England ("England Decl.") ¶ 2.) R&O's counsel declined to provide that confirmation or other assurances that the reimbursement checks would not become stale (*id.* ¶ 3), which prompted Valeant's Motion.

On December 13, 2015, Valeant learned for the first time that R&O's counsel stated, during a September 8, 2015 hearing in the California Superior Court on Isolani's *Ex Parte* Application for a Writ of Attachment, that the reimbursement checks received by R&O *had been deposited in R&O bank accounts*. (*Id.* ¶ 4.) A true and correct copy of that hearing transcript is attached to the England Decl. (*Id.*, Ex. A.) On December 15, R&O's counsel confirmed that those statements made to the California Superior Court were truthful and the checks had been deposited, and that Valeant could rely upon those statements. (*Id.* ¶ 5.)

/ / /

/ / /

1 | Accordingly, the principal relief Valeant sought has been provided, and Valeant therefore withdraws its Motion, without prejudice.

Dated: December 15, 2015   Respectfully submitted.

/s/ *Michael H. Steinberg*
Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Attorneys for Defendant and Counterclaimant
*Valeant Pharmaceuticals North America LLC*